Case No. 26-10012

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

In the Matter of: Highland Capital Management, L.P.,
Debtor.

The Dugaboy Investment Trust,
Appellant,
v.
Highland Capital Management, L.P.,
Appellee.

## BANKRUPTCY CREDITOR DISCLOSURE

Appeal from the United States District Court for the
Northern District of Texas, Dallas Division, the Honorable Jane J. Boyle
Case No. 3:25-cv-02579-B

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

**ATTORNEYS FOR APPELLANT
THE DUGABOY INVESTMENT TRUST**

Pursuant to the Clerk's correspondence dated January 8, 2026, Appellant The Dugaboy Investment Trust makes the following disclosures:

1.  **Debtor: Highland Capital Management, L.P.**

    Counsel:

    Jeffrey N. Pomerantz
    John A. Morris
    Gregory V. Demo
    Hayley R. Winograd
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    T: (310) 277-6910
    F: (212) 561-7777

    and

    Melissa S. Hayward
    Zachery Z. Annable
    HAYWARD & ASSOCIATES PLLC
    10501 N. Central Expy., Ste. 106
    Dallas, TX 75231
    T: (972) 755-7100
    F: (972) 755-7110

2.  **Members of the Creditors' Committee / Counsel[1]**

    None. The Committee dissolved as of August 11, 2021, the effective date of the confirmed plan of reorganization.

3.  **Any Entity That Is an Active Participant In the Proceeding Before the Fifth Circuit**

---

[1] Pursuant to the Debtor's confirmed chapter 11 plan, the Committee has been dissolved. The Committee's counsel now represent the Litigation Trustee appointed pursuant to the plan, Marc S. Kirschner.

**Appellees: Highland Capital Management, L.P. and Highland Claimant Trust**

Counsel:

Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277-6910
F: (212) 561-7777

and

Melissa S. Hayward
Zachery Z. Annable
HAYWARD & ASSOCIATES PLLC
10501 N. Central Expy., Ste. 106
Dallas, TX 75231
T: (972) 755-7100
F: (972) 755-7110

**Appellant: The Dugaboy Investment Trust**

Counsel:

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

4. **<u>Any Other Entity Known to Undersigned Counsel Whose Stock or Equity Value Could Be Substantially Affected By the Outcome of the Proceeding:</u>**

None.

Respectfully submitted this 22nd day of January 2026,

        **WINSTON & STRAWN LLP**
        By: <u>/s/ *Geoffrey S. Harper*</u>

        Geoffrey S. Harper
        Texas Bar No. 00795408
        gharper@winston.com
        John Michael Gaddis
        Texas Bar No. 24069747
        mgaddis@winston.com
        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201
        (214) 453-6500
        (214) 453-6400 (fax)

        **ATTORNEYS FOR APPELLANT THE DUGABOY INVESTMENT TRUST**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 22nd day of January 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

        <u>*/s/Geoffrey S. Harper*</u>
        Geoffrey S. Harper