Case No. 26-10012

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
Debtor.

**THE DUGABOY INVESTMENT TRUST,**

**Appellant,**

**v.**

**HIGHLAND CAPITAL MANAGEMENT, L.P.;
HIGHLAND CLAIMANT TRUST**

**Appellees.**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Civ. Act. No. 3:25-CV-02579-B

## BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz | Melissa S. Hayward |
| John A. Morris | Zachery Z. Annable |
| Gregory V. Demo | 10501 N. Central Expy, Ste. 106 |
| Jordan A. Kroop | Dallas, Texas 75231 |
| 10100 Santa Monica Blvd., 13th Floor | (972) 755-7100 |
| Los Angeles, CA 90067 | |
| (310) 277-6910 | |

*Counsel for Appellees Highland Capital Management, L.P. and
Highland Claimant Trust*

4922-5553-4731.1 36027.003

# **BANKRUPTCY CREDITOR DISCLOSURE STATEMENT**

Appellees submit the following information:

1. **The Debtor:**

    Highland Capital Management, L.P.

2. **The members of the creditors' committee:**

    N/A (Committee dissolved as of Effective Date of Plan)

3. **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

    Appellant The Dugaboy Investment Trust

    Appellees Highland Capital Management, L.P. and Highland Claimant Trust

4. **Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:** None

5. **Counsel to the parties/entities identified in (1) – (4):**

    **Appellant:**

    **The Dugaboy Investment Trust**

    Geoffrey S. Harper
    Texas Bar No. 00795408
    gharper@winston.com
    John Michael Gaddis
    Texas Bar No. 24069747
    mgaddis@winston.com
    WINSTON & STRAWN LLP
    2121 N. Pearl Street, Suite 900
    Dallas, Texas 75201
    Telephone: (214) 453-6500
    Facsimile: (214) 453-6400

**Appellees:**

**Highland Capital Management, L.P. and Highland Claimant Trust**

Counsel for Appellees:
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

John A. Morris
Gregory V. Demo
Jordan A. Kroop
1700 Broadway, 36th Floor
New York NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100

| | |
|---|---|
| Dated: January 28, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>John A. Morris (NY Bar No. 2405397)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Jordan A. Kroop (NY Bar No. 2680882)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail:   jpomerantz@pszjlaw.com<br>                jmorris@pszjlaw.com<br>                gdemo@pszjlaw.com<br>                jkroop@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br> */s/ Zachery Z. Annable*           <br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Appellees Highland Capital Management, L.P. and Highland Claimant Trust* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, the foregoing document was electronically filed using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

*/s/ Zachery Z. Annable*
Zachery Z. Annable
