# FORM FOR APPEARANCE OF COUNSEL

*Only attorneys admitted to the Bar of this Court may sign this form and practice before the Court.* **Each attorney representing the interests of a party must complete a separate form. (COMPLETE ENTIRE FORM).**

NO. 26-10012

The Dugaboy Investment Trust (Plaintiff) vs. Highland Capital Management, L.P. (Defendant)

The Clerk will enter my appearance as Counsel for:

The Dugaboy Investment Trust

(Please list names of all parties represented)

who IN THIS COURT is (use mouse to select one)
- [ ] Petitioner(s)
- [ ] Respondent(s)
- [ ] Amicus Curiae
- [X] Appellant(s)
- [ ] Appellee(s)
- [ ] Intervenor

I certify that I am a member of the Bar of the Fifth Circuit Court of Appeals, or am applying by completing an admission form..

/s/ Geoffrey S. Harper (Signature)

E-Mail Address: gharper@winston.com

Type or print name: Geoffrey S. Harper

Social Security Number-Last 4 Digits: XXX-XX-7255

Texas Bar No. 00795408 (Resident State/Bar No.)

Firm or Organization: Winston & Strawn LLP

Date of Birth: 09/22/1968   Sex: [X] M [ ] F

Street Address: 2121 N. Pearl Street   Suite: 900

City & State: Dallas   Zip: TX   Tel. w/AC: (214) 453-6500   Fax w/AC: (214) 453-6400

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel to whom the court will give notification, with the understanding that the lead counsel will notify all other related counsel. If lead counsel has not signed above, lead counsel *must* complete his or her own form for appearance of counsel. The person to be notified in this case is:

**Name of Lead Counsel (Type or Print)** Geoffrey S. Harper

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

None

B. Inquiry of Counsel

To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?

Yes [ ]   No [X]

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

Yes [X]   No [ ]

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

Yes [ ]   No [X]

(4) Does this case qualify for calendaring priority under 5TH CIR. R. 47.7? If so, cite type of case:

No

If answer to (1), or (2), or (3), is yes, please give detailed information.

Number and Style of Related Case: Please See Attached

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE:** Attach sheet to give further details.

DKT-5A(11/01)

# NOTICE OF APPEARANCE OF COUNSEL

CASE NO. 26-10012

THE DUGABOY INVESTMENT TRUST V. HIGHLAND CAPITAL MANAGEMENT L.P.

**LIST OF RELATED CASES PENDING IN DISTRICT COURT:**

1) Northern District of Texas Case No. 3:25-CV-01876-K, The Dugaboy Investment Trust v. Highland Capital Management L.P.  (Judge Kinkeade): Appeal from the Bankruptcy Court (Case No. 19-34054-sgj11) currently pending in the District Court.

2) Northern District of Texas Case No. 3:25-CV-02072-S, The Dugaboy Investment Trust v. Highland Capital Management L.P.  (Judge Scholer): Appeal from the Bankruptcy Court (Case No. 19-34054-sgj11) currently pending in the District Court.

3) Northern District of Texas Case No. 3:25-CV-02724-L, The Dugaboy Investment Trust v. Highland Capital Management L.P.  (Judge Lindsay): Appeal from the Bankruptcy Court (Case No. 19-34054-sgj11) currently pending in the District Court.