## NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM** unless otherwise noted).*

**Fifth Cir. Case NO.** 26-10012

The Dugaboy Investment Trust                    vs. Highland Capital Management, L.P., et al.

(Short Title)

The Clerk will enter my appearance as Counsel for  The Dugaboy Investment Trust

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Michael J. Edney                             medney@hunton.com

(Signature)                                       (e-mail address)

Michael J. Edney                                 Virginia/48253

(Type or print name)                              (State/Bar No.)

Partner

(Title, if any)

Hunton Andrews Kurth LLP

(Firm or Organization)

Address  2200 Pennsylvania Avenue N.W.

City & State Washington, D.C.                                    Zip 20037

Primary Tel. (202) 955-1500    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Michael J. Edney

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☑ Yes    ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☑ Yes    ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☐ Yes    ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case N/A

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Please see attached sheet.

Name of Court or Agency Please see attached sheet.

Status of Appeal (if any) Please see attached sheet.

Other Status (if not appealed) Please see attached sheet.

**NOTE: Attach sheet to give further details.**                         DKT-5A REVISED June 2023

**Attachment**

<u>Number and Style of Related Case:</u>  *In re: Highland Capital Management, L.P., Debtor*, No. 19-34054 (SGJ)

<u>Name of Court or Agency:</u>    United States Bankruptcy Court, Northern District of Texas

<u>Status of Appeal (if any):</u> n/a

<u>Other status (if not appealed):</u>  A Rule 60(b) motion was filed on February 9, 2026.  Dkt. 4513. The Bankruptcy Court has set a hearing on that motion for May 11, 2026.

<u>Number and Style of Related Case:</u>  *In re Highland Capital Mgmt., L.P.*, No. 3:25-cv-02724-L, *The Dugaboy Investment Trust,* Appellant *v. Highland Capital Management, L.P. and Highland Claimant Trust,* Appellees

<u>Name of Court or Agency:</u>    United States District Court, Northern District of Texas

<u>Status of Appeal (if any):</u> This case is an appeal to the District Court from a claim-setting order entered by the Bankruptcy Court in the *Highland* bankruptcy proceeding.  Briefing is set to be concluded on May 15, 2026.

<u>Other status (if not appealed):</u>  n/a