## NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 26-10012

The Dugaboy Investment Trust _____ vs. Highland Capital Management L.P. _____

(Short Title)
The Clerk will enter my appearance as Counsel for  Appellant The Dugaboy Investment Trust

_____

_____

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Jonathan F. Mitchell _____     jonathan@mitchell.law _____
(Signature)                                    (e-mail address)

Jonathan F. Mitchell _____     24075463 _____
(Type or print name)                          (State/Bar No.)

_____     ☑ Male   ☐ Female
(Title, if any)

Mitchell Law PLLC _____
(Firm or Organization)
Address_____ 111 Congress Avenue, Suite 400 _____

City & State Austin, Texas _____     Zip 78701 _____

Primary Tel. (512) 686-3940 _____   Cell Phone: (512) 686-3940 _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Michael J. Edney _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

None _____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case No. _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Please see attached sheet. _____

_____

Name of Court or Agency Please see attached sheet. _____

Status of Appeal (if any) Please see attached sheet. _____

Other Status (if not appealed) Please see attached sheet. _____

**NOTE: Attach sheet to give further details**.                    DKT-5A REVISED February 2017

**Attachment**

Number and Style of Related Case: *In re: Highland Capital Management, L.P., Debtor*, No. 19-34054 (SGJ)

Name of Court or Agency: United States Bankruptcy Court, Northern District of Texas

Status of Appeal (if any): n/a

Other status (if not appealed): A Rule 60(b) motion was filed on February 9, 2026. Dkt. 4513. The Bankruptcy Court has set a hearing on that motion for May 11, 2026.

Number and Style of Related Case: *In re Highland Capital Mgmt., L.P.*, No. 3:25-cv-02724-L, *The Dugaboy Investment Trust,* Appellant *v. Highland Capital Management, L.P. and Highland Claimant Trust,* Appellees

Name of Court or Agency: United States District Court, Northern District of Texas

Status of Appeal (if any): This case is an appeal to the District Court from a claim-setting order entered by the Bankruptcy Court in the *Highland* bankruptcy proceeding. Briefing is set to be concluded on May 15, 2026.

Other status (if not appealed): n/a