# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-10012   Dugaboy Investment v. Highland Capital
               USDC No. 3:25-CV-2579

The court has granted-in-part an extension of time to and including May 26, 2026 for filing appellant's brief in this case.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Casey A. Sullivan, Deputy Clerk
            504-310-7642

Mr. Zachery Z. Annable
Mr. Michael J. Edney
Mr. John Michael Gaddis
Mr. Geoffrey S. Harper
Ms. Melissa Sue Hayward
Mr. Jordan A. Kroop
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Ms. Hayley R. Winograd