# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-10012    Dugaboy Investment v. Highland Capital
                USDC No. 3:25-CV-2579

The court has denied the motion to extend time to file appellant's brief in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Casey A. Sullivan, Deputy Clerk
        504-310-7642

Mr. Zachery Z. Annable
Mr. Michael J. Edney
Mr. John Michael Gaddis
Mr. Geoffrey S. Harper
Ms. Melissa Sue Hayward
Mr. Jordan A. Kroop
Mr. Jonathan F. Mitchell
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Ms. Hayley R. Winograd