# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-10012   Dugaboy Investment v. Highland Capital
                 USDC No. 3:25-CV-2579

The court has granted the motion to file Appellant's brief out of
time in this case.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Casey A. Sullivan, Deputy Clerk
                 504-310-7642

Mr. Zachery Z. Annable
Mr. Michael J. Edney
Mr. John Michael Gaddis
Mr. Geoffrey S. Harper
Ms. Melissa Sue Hayward
Mr. Jordan A. Kroop
Mr. Jonathan F. Mitchell
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Ms. Hayley R. Winograd