

**HAYWARD**
— P L L C —

**10501 N. CENTRAL EXPRESSWAY**
SUITE 106    DALLAS, TX 75231
**972.755.7100 (MAIN/FAX)**
WWW.HAYWARDFIRM.COM

**ZACHERY Z. ANNABLE**
**972.755.7108 (DIRECT)**
ZANNABLE@HAYWARDFIRM.COM

June 16, 2026

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: Case No. 26-10012, *The Dugaboy Investment Trust v. Highland Capital Management, L.P., et al.*; Unopposed Level-1 Request for Extension

Ladies and Gentlemen:

This firm is counsel of record for appellees Highland Capital Management, L.P. and the Highland Claimant Trust (together, "Appellees") in the above-referenced case. In accordance with Rule 31.4 of the *Rules and Internal Operating Procedures for the United States Court of Appeals for the Fifth Circuit* (the "Fifth Circuit Rules and IOPs"), Appellees respectfully request an extension of time to file their brief under Rule 28(b) of the Federal Rules of Appellate Procedure (the "FRAP") of **30 days** to **August 3, 2026**.[1]  Appellant's counsel has indicated to Appellees' counsel in writing dated June 15, 2026 that appellant is **UNOPPOSED** to this requested extension.

Due to Appellees' counsel's professional scheduling conflicts (for the next four weeks, Appellees' lead counsel will be actively engaged in expert discovery in an adversary proceeding pending in the United States Bankruptcy Court for the Southern District of New York (*Hurwitz v. Darling*, Adv. Pro. Case No. 23-01022, related to *In re GBG USA, Inc.*, No. 21-11369) and preparing a proposed plan of reorganization in *In re Lugano Diamonds & Jewelry, Inc.*, Case No. 25-12055 (BLS) (D. Del.)), Appellees request an additional 30 days to prepare Appellees' brief. Again, appellant does not oppose the requested 30-day extension.

This request is made for good cause shown under Rule 31.4.3.1 of the Fifth Circuit Rules and IOPs.

---

[1] Appellees' brief is currently due by July 2, 2026. Extending Appellees' briefing deadline by 30 days would result in an updated deadline of August 1, 2026—a Saturday. Accordingly, should the Court grant Appellees' requested 30-day extension, pursuant to Rule 26(a)(1)(C) of the FRAP, Appellees' new deadline to file their brief would be Monday, August 3, 2026.





Thank you for your consideration and granting of this extension request.

Very truly yours,

Zachery Z. Annable

4926-4351-7621.1 36027.003