King & Spalding LLP
2601 Olive Street
Suite 2300
Dallas, Texas 75201
T: +1 214 764 4600
F: +1 214 764 4601
www.kslaw.com

**John Michael Gaddis**
*Senior Attorney*
T: +1 214-764-4502
MGaddis@kslaw.com

September 16, 2026

**Via CM/ECF**

Lyle W. Cayce
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, L.A. 70130-3408

Re: *In re Highland Capital Mgmt., L.P.,* Case No. 26-10012: Request for Level 1 Extension of time to file reply brief under Fifth Circuit Rule 31.4

Dear Mr. Cayce:

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rules 27 and 31.4, Appellant The Dugaboy Investment Trust ("Dugaboy") respectfully files this letter seeking an unopposed Level 1 extension of seven (7) days on the deadline to file its Reply Brief in the above-captioned matter. Dugaboy has conferred with Appellees Highland Capital Management, L.P. and the Highland Claimant Trust ("Highland"), who do not oppose Dugaboy's requested extension.

Dugaboy's Reply Brief is currently due on September 23, 2026, which is 21 days after the September 2, 2026, service of the Appellee's Brief pursuant to Federal Rule of Appellate Procedure 31(a)(1). Dugaboy seeks a modest extension of seven (7) days up through October 1, 2026. This is Dugaboy's first request to extend the deadline for its Reply Brief. Because the requested extension of seven (7) days will fall within considerably less than 30 days from the original deadline, the Court should treat this Motion as a Level 1 extension request. *See* Fifth Circuit Rule 31.4.3.1.

Good cause exists for the requested extension. This appeal is one of several related appeals arising from the same underlying bankruptcy proceeding. *See In re Highland Capital Mgmt., L.P.*, U.S. Bankruptcy Court for the Northern District of Texas, Case No. 19-34054-sgj-11. Counsel for Appellants are concurrently handling multiple district court appeals from that proceeding, including *In re Highland Capital Mgmt., L.P.*, No. 3:25-cv-01876-K; *In re Highland Capital Mgmt., L.P.*, No. 3:25-cv-02072-S; *In re Highland Capital Mgmt., L.P.*, No. 3:25-02724-L; *In re*

*Highland Capital Mgmt., L.P.*, No. 3:26-cv-02315-X, and *In re Highland Capital Mgmt., L.P.*, No. 3:26-cv-02496-D.[1] Those matters involve overlapping legal, factual, and procedural issues and require substantial coordination to ensure that arguments are presented accurately and consistently across the several proceedings.

In two of these appeals, counsel are due to file opening briefs on the merits in the upcoming weeks (October 1, 2026, in No. 2315-X, and October 8, 2026, in No. 2496-D). Counsel are also actively litigating contested motions across several proceedings, including two competing motions for consolidation that potentially affect four different appeals. *See* No. 1876-K, Dkt. 72 (Highland's Motion to Consolidate the 2072-S, 2315-X, and 2496-D appeals into the 1876-K proceeding); No. 2315-X, Dkt. 33 (Dugaboy's Motion to Consolidate the 2496-D appeal with the 2315-X appeal).

Given the number of related appellate proceedings simultaneously pending and the complexity of the issues presented, a modest and limited period of additional time is necessary to complete Dugaboy's Reply Brief. The requested extension will allow counsel to prepare a thorough and complete submission and will promote the orderly and efficient presentation of issues that overlap with the other Highland appeals. This request is made in good faith, not for purposes of delay, and granting the requested extension will not unduly prejudice any party.

For the reasons set forth above, Dugaboy respectfully asks the Court to extend its Reply Brief deadline from September 23, 2026, to October 1, 2026. Dugaboy is grateful for the Court's consideration of this request.

Dated: September 16, 2026 Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ John Michael Gaddis*
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com
Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

[1] For ease of reference, Dugaboy will refer to these appellate proceedings by the last four digits and judge's initial of the case number (*e.g.*, "1876-K"; "2315-X").

Michael J. Edney
D.C. Bar No. 492024
michael.edney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T. (202) 739-3000
F. (202) 739-3001

Jonathan F. Mitchell
jonathan@mitchell.law
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Telephone: (512) 686-3940
Facsimile: (512) 686-3941

***Counsel for Appellant The Dugaboy Investment Trust***

cc: All counsel of record via ECF