Case No. 26-10012

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In the Matter of: Highland Capital Management, L.P.,
Debtor

The Dugaboy Investment Trust,
Appellant
v.
Highland Capital Management, L.P. and Highland Claimant Trust,
Appellees

Appeal from the United States District Court
Northern District of Texas
Hon. Jane J. Boyle
No. 3:25-cv-02579-B

# MOTION TO WITHDRAW HAYLEY R. WINOGRAD AS COUNSEL

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Jordan A. Kroop
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
(310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
(Texas Bar No. 24044908)
Zachery Z. Annable
(Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
(972) 755-7100

WILLKIE FARR & GALLAGHER LLP
Mark T. Stancil
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000

*Counsel for Appellees*

Highland Capital Management, L.P. ("Highland") and the Highland Claimant Trust (the "Claimant Trust"), appellees in the above-referenced matter (the "Appeal"), file this motion (the "Motion") respectfully requesting that the Court enter an order permitting the withdrawal of Hayley R. Winograd as an attorney of record for Highland and the Claimant Trust in the Appeal. Ms. Winograd has left the law firm of Pachulski, Stang, Ziehl & Jones LLP (the "Pachulski Firm"). This Motion does not affect and is not intended to affect the appearance of the other attorneys of record at the Pachulski Firm who have appeared in the Appeal on behalf of Highland and the Claimant Trust. Highland and the Claimant Trust will continue to be represented in the Appeal by counsel of record from the Pachulski Firm, Willkie Farr & Gallagher LLP, and Hayward PLLC. Per the certificate of conference attached to this Motion, Ms. Winograd and appellant The Dugaboy Investment Trust ("Dugaboy") are unopposed to the relief requested herein.

WHEREFORE, Highland and the Claimant Trust respectfully request that the Court enter an order (i) granting the Motion, (ii) permitting Hayley R. Winograd to withdraw as counsel of record for Highland and the Claimant Trust in the Appeal, (iii) directing the Clerk of this Court and all parties to remove Hayley R. Winograd as counsel of record for Highland and the Claimant Trust on the docket and any applicable service list, including the Court's CM/ECF electronic notification list,

maintained in the Appeal, and (iv) granting Highland and the Claimant Trust such further and additional relief as the Court deems necessary and appropriate.

September 22, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (AZ Bar No. 018825)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Mark T. Stancil
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
mstancil@willkie.com

-and-

**HAYWARD PLLC**
*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Email: MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P. and Highland Claimant Trust*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on September 21 and 22, 2026, Zachery Z. Annable, counsel for Highland and the Claimant Trust, corresponded with Hayley R. Winograd and Mike Gaddis, counsel for Dugaboy, regarding the relief requested in the foregoing Motion. Ms. Winograd and Dugaboy are **UNOPPOSED** to the relief requested in the Motion.

*/s/ Zachery Z. Annable*
Zachery Z. Annable

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, including footnotes and excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 264 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced serif typeface (Times New Roman) at 14-point type (12-point for footnotes).

*/s/ Zachery Z. Annable*
Zachery Z. Annable

## CERTIFICATE OF SERVICE

I certify that, on September 22, 2026, a copy of the foregoing motion was served electronically on all parties registered to receive electronic notice in this case via the Court's CM/ECF system.

*/s/ Zachery Z. Annable*
Zachery Z. Annable