# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10012 Dugaboy Investment v. Highland Capital
USDC No. 3:25-CV-2579

The motion to withdraw Hayley Winograd from representing appellees due to no longer being with the Pachulski Firm is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Zachery Z. Annable
Mr. Michael J. Edney
Mr. John Michael Gaddis
Mr. Geoffrey S. Harper
Ms. Melissa Sue Hayward
Mr. Jordan A. Kroop
Mr. Jonathan F. Mitchell
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Mr. Mark Stancil
Ms. Hayley R. Winograd