# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 13, 2026
Thomas B. Plunkett, III
Clerk

No. 26-10012
Summary Calendar

In the Matter of Highland Capital Management, L.P.,

*Debtor*,

The Dugaboy Investment Trust,

*Appellant*,

*versus*

Highland Capital Management, L.P.; Highland Claimant Trust,

*Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:25-CV-2579

## JUDGMENT

Before Richman, Haynes, and Graves, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.